ADAM L. BRAVERMAN
United States Attorney
MATTHEW J. SUTTON
Assistant U.S. Attorney
Illinois Bar No.: 6307129
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101
Tel: (619) 546-8941
Email: Matthew.Sutton@usdoj.gov

Attorneys for the United States

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       v.<br><br>ALVARO LOPEZ-NUNEZ (6),<br>   aka Raul,<br><br>       Defendant. | Case No.: 16-cr-01896-DMS<br><br>**JOINT MOTION TO CONTINUE SENTENCING HEARING** |

The parties hereby file a joint motion requesting that the sentencing hearing in this matter presently scheduled before the Honorable Dana M. Sabraw for January 11, 2019, at 9:00 a.m. be continued to March 29, 2019, at 9:00 a.m. Assistant United States Attorney Matthew Sutton contacted defense counsel who agreed to continue the sentencing hearing. The parties further agree that the time between the filing of the joint motion until March 29, 2019, is excludable under the Speedy Trial Act under 18 U.S.C. Section 3161(h)(1)(G).

DATED: January 8, 2019                    Respectfully submitted,

                                                                ADAM L. BRAVERMAN
                                                                United States Attorney

/s/ Jason T. Conforti                              /s/Matthew J. Sutton
Counsel for Alvaro Lopez-Nunez        Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    v.<br><br>ALVARO LOPEZ-NUNEZ,<br>    aka Raul,<br><br>    Defendant. | Case No.: 16-cr-01896-DMS<br><br>CERTIFICATE OF SERVICE |

IT IS HEREBY CERTIFIED THAT:

I, Matthew J. Sutton, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of this **JOINT MOTION TO CONTINUE SENTENCING HEARING** on the all parties in the case by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 8, 2019.

                                                      s/Matthew J. Sutton
                                                     MATTHEW J. SUTTON