# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) Case No. 16-cr-01896-DMS |
| v. | ) |
| | ) |
| ALVARO LOPEZ-NUNEZ (6), | ) ORDER |
| aka Raul | ) |
| | ) |
| Defendant. | ) |
| | ) |

Upon the joint motion of the UNITED STATES OF AMERICA and ALVARO LOPEZ-NUNEZ and good cause appearing;

IT IS HEREBY ORDERED that the sentencing hearing presently set for January 11, 2019, at 9:00 a.m. be continued to March 29, 2019, at 9:00 a.m.

Dated: January 8, 2019

Hon. Dana M. Sabraw
United States District Judge