Law Office of Jason T. Conforti
Jason T. Conforti, Esq.
CA Bar No. 265627
550 West C St., Suite 620
San Diego, CA 92101
Tel  (619) 274-8036
Fax (619) 231-2002
jtc@jasonconforti.com

Attorney for Alvaro Lopez-Nunez,

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA
# HONORABLE DANA M. SABRAW

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALVARO LOPEZ-NUNEZ,<br><br>Defendant. | Case No. 16-cr-1896-DMS<br><br>Motion to Withdraw Document 157 |

   Mr. Lopez moves this court to withdraw the letter previously filed with this court as Dkt. No. 157. After meeting with Mr. Lopez to discuss his letter and how he would like to proceed, Mr. Lopez apologized for the letter and admitted that he wrote the letter in a moment of despair when his emotions got the better of him. Accordingly, Mr. Lopez wishes to withdraw Dkt. No. 157 from the record and to have

///

///

1

undersigned counsel continue to represent him in this matter through sentencing.

                                        Respectfully Submitted,

                            By:    s/ Jason T. Conforti
                                          Attorney for Mr. Lopez