Law Office of Jason T. Conforti
Jason T. Conforti, Esq.
CA Bar No. 265627
550 West C St., Suite 620
San Diego, CA 92101
Tel (619) 274-8036
Fax (619) 231-2002
jtc@jasonconforti.com

Attorney for Alvaro Lopez-Nunez,

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA
# HONORABLE DANA M. SABRAW

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALVARO LOPEZ-NUNEZ,<br><br>Defendant. | Case No. 16-cr-1896-DMS<br><br>Declaration of Alvaro Lopez Nunez in Support of Motion to Withdraw Document 157. |

I, the undersigned, declare as follows:

1. My name is Alvaro Lopez-Nunez, and I am the Defendant in the above-captioned matter.

2. I want to keep my attorney, Jason T. Conforti, and have him continue to represent me through sentencing.

3. I wish to withdraw the letter previously sent to the court (filed as Dkt. 157) as outlined in the motion to withdraw.

1

1 | I declare under the penalty of perjury that the foregoing is true and correct
2 | and that this declaration was executed in San Diego, California on May 11, 2022.
3 | Respectfully Submitted,
4 |
5 | By: ALVARO LÓPEZ NUÑEZ
    Alvaro Lopez-Nunez
6 |
7 |
8 | Translated at MCC San Diego, Ca on May 11, 2022
9 | Ricardo Esquivias /s/

2