**JASON T. CONFORTI** (SBN: 265627)
Law Office of Jason T. Conforti
550 West "C" Street, Suite 620
San Diego, California 92101
Telephone: (619) 274-8036
Facsimile: (619) 231-2002
Email: jtc@jasonconforti.com

Attorney for Defendant:
**ALVARO LOPEZ-NUNEZ**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA
### [THE HONORABLE DANA M. SABRAW]

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>   vs.<br><br>ALVARO LOPEZ-NUNEZ,<br><br>       Defendant. | Case Number: 16-CR-1896-DMS<br><br>**DEFENDANT'S SENTENCING SUMMARY CHART**<br><br>Date:   May 13, 2022<br>Time:  9:00 a.m. |

Defendant, ALVARO LOPEZ-NUNEZ, by and through his counsel, JASON T. CONFORTI, hereby files his Sentencing Summary Chart, which is based upon the files and records of this case.

DATED: May 11, 2022                Respectfully submitted,

                                   /s/ Jason T. Conforti
                                   **JASON T. CONFORTI**
                                   Attorney for Defendant
                                   **ALVARO LOPEZ-NUNEZ**

# SENTENCING SUMMARY CHART

**Sentencing Date: May 13, 2022**

USPO [ ]
AUSA [ ]
DEF [X]

Defendant's Name: Alvaro Lopez-Nunez    Docket No.: 16-CR-1896-DMS

Attorney's Name: Jason T. Conforti    Phone No.: (619) 274-8036

Guideline Manual Used: November 1, 2018    Agree with USPO Calc.: Yes ☐ No ☒

Base Offense Level(s): Count 1- Conspiracy to Distribute Controlled Substances    36
Intended for Importation into the United States [USSG § 2D1.1(c)(2)]
At Least 15 Kilograms of Methamphetamine (mixture)

Specific Offense Characteristics:

Safety Valve - USSG § 2D1.1(b)(17), 5C1.2    -2

Adjustment for Role in the Offense    ___

Adjustment for Obstruction of Justice:    ___

Adjustment for Reckless Endangerment During Flight:    ___

Adjusted Offense Level:    34

☐ Combined (Mult. Counts)   ☐ Career Off.   ☐ Armed Career Crim.

Adjustment for Acceptance of Responsibility    -3

Total Offense Level:    31

Criminal History Score:    0

Criminal History Category:    I

Guideline Range:    from  108 mths
(Range limited by: ___ minimum mand.  ___ statutory maximum)    to  135 mths

Departures:

USSG § 5K1.1    -5

_____    ___

Resulting Guideline Range: Adjusted Offense Level  26     from  63  mths
                                                          to   78  mths

*Downward variance §3553(a) factors*

Defendant's Recommendation: Joint recommendation for time-served

- 1 -