PROB 12B  
(08/16)

January 25, 2023  
pacts id: 3980963

# UNITED STATES DISTRICT COURT
# FOR THE
# SOUTHERN DISTRICT OF CALIFORNIA

### Request for Modifying the Conditions or Term of Supervision
(Probation Form 49, Waiver of Hearing is Attached)

**Name of Offender:** Alvaro LOPEZ-Nunez (Spanish)    **Dkt. No.:** 16CR01896-006-DMS

**Name of Sentencing Judicial Officer:** The Honorable Dana M. Sabraw, Chief U.S. District Judge

**Sentence:** 63 months' custody; three years' supervised release. *(Special Conditions: Refer to Judgment and Commitment Order.)*

**Date of Sentence:** May 13, 2022

**Date Supervised Release Commenced:** May 20, 2022

**Prior Violation History:** None.

---

### PETITIONING THE COURT

**TO MODIFY THE CONDITIONS OF SUPERVISION AS FOLLOWS:**

You must submit your person, property, house, residence, vehicle, papers, computers, other electronic communications or data storage devices or media, or office, to a search conducted by a United States probation officer or any law enforcement officer under the immediate and personal supervision of the probation officer, based upon reasonable suspicion of unlawful conduct or a violation of a condition of supervision, without a search warrant. Failure to submit may be grounds for revocation. You must warn any other occupants that the premises may be subject to searches pursuant to this condition.

PROB12B

| | |
|---|---|
| Name of Offender: Alvaro LOPEZ-Nunez | January 25, 2023 |
| Docket No.: 16CR01896-006-DMS | Page 2 |

## CAUSE

Mr. Lopez-Nunez commenced supervised release following his release from immigration custody. At sentencing it was believed Mr. Lopez-Nunez would be deported given his felony conviction and immigration status. Given that Mr. Lopez-Nunez is currently in the community, the above condition is requested to supervise him more effectively. Mr. Lopez-Nunez is in favor of this modification as evidenced on the attached Waiver of Hearing form.

Respectfully submitted:

by: *[signature]*

Meredith J. Hammond
Senior U.S. Probation Officer
(619) 409-5133

Reviewed and approved:

*[signature]*

Craig Bilinski
Supervisory U.S. Probation Officer

Attachments:                                              *mtn*

**THE COURT ORDERS:**

  X    THE MODIFICATION OF CONDITIONS AS NOTED ABOVE

_____   OTHER _____

*[signature]*                                             1/26/23

The Honorable Dana M. Sabraw                              Date
Chief U.S. District Judge